1  RONALD L. RICHMAN (SBN 139189)
   SARAH BOWEN (SBN 308633)
2  BULLIVANT HOUSER BAILEY PC
   101 Montgomery Street, Suite 2600
3  San Francisco, CA  94104-4146
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-mail:  ron.richman@bullivant.com
5           sarah.bowen@bullivant.com

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| 12 | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MATHEW PHELPS ENTERPRISES INC. dba NORCAL FOUNDATION SPECIALIST<br><br>Defendant. | Case No.: 3:20-cv-07023-VC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER THEREON** |
|---|---|

IT IS HEREBY STIPULATED by and among Plaintiffs, on the one hand, and defendant Mathew Phelps Enterprises, Inc. dba NorCal Foundation Specialist, on the other hand, through

4848-7576-1889.1 29512/00336                – 1 –

their respective counsel, that this case be dismissed in its entirety, without prejudice, each side to bear its own attorneys' fees and costs.

DATED:  March 23, 2021

              BULLIVANT HOUSER BAILEY PC

              By  *[signature]*
                 Ronald L. Richman
                 Sarah Bowen

              Attorneys for Plaintiffs

DATED:  March 23, 2021

              GREENBERG TRAURIG, LLP

              By  *[signature]*
                 Jamie R. Rich

              Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, in its entirety, without prejudice.

DATED: March 29, 2021

By _____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

*GRANTED*
*Judge Vince Chhabria*